DAVIS & GILBERT LLP
Neal H. Klausner
Allie Lin
1740 Broadway
New York, New York 10019
(212) 468-4800

Attorneys for Plaintiff
THE ARMORED GROUP, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ARMORED GROUP, LLC,

    Plaintiff,

-against-

HOMELAND SECURITY STRATEGIES, INC., SECURITY INTELLIGENCE TECHNOLOGIES, INC., BEN JAMIL, and CHRIS R. DECKER,

    Defendants.

07 Civ. _____

**RULE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff The Armored Group, LLC ("TAG") certifies as follows: TAG does not have any parent corporation, and no publicly held corporation owns 10% or more of TAG's stock.

Dated: October 30, 2007

                        DAVIS & GILBERT LLP

                        By: _____
                            Neal H. Klausner, Esq.
                            Allie Lin, Esq.
                       1740 Broadway
                       New York, New York 10019
                       (212) 468-4800