FROM : ANDREW GREENE & ASSOCIATES    FAX NO. : 9149485314    Nov. 27 2007 02:12PM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07
```

Daniel M. Felber, Esq. (DF 3027)
Samuel D. Friedlander, Esq. (SF 5375)
ANDREW GREENE & ASSOCIATES, P.C.
Attorneys for Defendants
202 Mamaroneck Avenue
White Plains, NY 10601
(914) 948-4800
df@aglaws.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE ARMORED GROUP, LLC,                    ::   Index No. 07 Civ 09694 (LAP)(GWG)
                                           ::
                    Plaintiff,             ::   ECF Case
                                           ::
       -against-                           ::
                                           ::   STIPULATION EXTENDING
                                           ::   TIME TO ANSWER COMPLAINT
HOMELAND SECURITY STRATEGIES, INC.,        ::
SECURITY INTELLIGENCE TECHNOLOGIES,        ::
INC., BEN JAMIL, and CHRIS R. DECKER,      ::
                                           ::
                    Defendants.            ::
------------------------------------------------------------ X

   IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties that the time within which defendants shall have to interpose an answer or otherwise move against the complaint is extended to and including December 21, 2007.

   This stipulation may be executed in counterpart originals and facsimile signatures shall be deemed to be original signatures.

Dated: White Plains, New York
       November 27, 2007

DAVIS & GILBERT LLP                         ANDREW GREENE & ASSOCIATES, P.C.

By: Neal H. Klausner, Esq. (NK 0199)        By: Daniel M. Felber, Esq. (DF 3027)
    Allie Lin, Esq. (AL 4067)                   Samuel D. Friedlander, Esq. (SF 5375)
Attorneys for Plaintiff                     Attorneys for Defendants
1740 Broadway                               202 Mamaroneck Avenue
New York, NY 10019                          White Plains, NY 10601
(212) 468-4800                              (914) 948-4800

SO ORDERED

*Loretta A. Preska*                         november 27, 2007
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE