UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ARMORED GROUP, LLC,<br><br>    Plaintiff,<br><br>    -against-<br><br>HOMELAND SECURITY STRATEGIES, INC.,<br>SECURITY INTELLIGENCE TECHNOLOGIES, INC.,<br>BEN JAMIL, and CHRIS R. DECKER,<br><br>    Defendants. | 07 Civ. 9694 (LAP)<br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Neal H. Klausner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Steven F. Ritardi, Esq.
> Carmagnola & Ritardi, LLC
> 60 Washington Street
> Morristown, New Jersey 07960
> Telephone: (973) 267-4445
> Fax:       (973) 267-4456
> E-mail:    sritardi@cr-law.net

Steven F. Ritardi is a member in good standing of the Bar of the State of New Jersey. I am not aware of any pending disciplinary proceeding against Steven F. Ritardi in any State or Federal court.

Dated:   November 27, 2007
         New York, New York

                                  Respectfully submitted,

                                  DAVIS & GILBERT LLP

                                  By: _____
                                       Neal H. Klausner, Esq.
                                  1740 Broadway
                                  New York, New York 10019
                                  (212) 468-4800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ARMORED GROUP, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>HOMELAND SECURITY STRATEGIES, INC.,<br>SECURITY INTELLIGENCE TECHNOLOGIES, INC.,<br>BEN JAMIL, and CHRIS R. DECKER,<br><br>        Defendants. | 07 Civ. 9694 (LAP)<br><br>**AFFIDAVIT OF NEAL H. KLAUSNER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of New York    )
                               )  ss:
County of New York )

        Neal H. Klausner, being duly sworn, hereby deposes and says as follows:

        1.     I am an attorney at Davis & Gilbert LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Steven F. Ritardi as counsel *pro hac vice* to represent Plaintiff in this matter.

        2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

        3.     I have known Mr. Ritardi for over five years.

        4.     Mr. Ritardi is an attorney at Carmagnola & Ritardi, LLC in Morristown, New Jersey.

5.  I have found Mr. Ritardi to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move for the admission of Steven F. Ritardi, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Steven F. Ritardi, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Steven F. Ritardi, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated:  November 27, 2007
        New York, New York

                                         Respectfully submitted,

                                         DAVIS & GILBERT, LLP

                                         By: _____
                                             Neal H. Klausner, Esq.
                                         1740 Broadway
                                         New York, New York 10019
                                         (212) 468-4800

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **STEVEN F RITARDI** (No. **029021987**) was constituted and appointed an Attorney at Law of New Jersey on **December 18, 1987** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **November**, 20 **07**

*Clerk of the Supreme Court*

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ARMORED GROUP, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>HOMELAND SECURITY STRATEGIES, INC.,<br>SECURITY INTELLIGENCE TECHNOLOGIES, INC.,<br>BEN JAMIL, and CHRIS R. DECKER,<br><br>        Defendants. | 07 Civ. 9694 (LAP)<br><br><br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

      Upon the motion of Neal H. Klausner, attorney for The Armored Group, LLC and said sponsor attorney's affidavit in support;

      **IT IS HEREBY ORDERED** that:

      Steven F. Ritardi, Esq.
      Carmagnola & Ritardi, LLC
      60 Washington Street
      Morristown, New Jersey 07960
      Telephone: (973) 267-4445
      Fax:        (973) 267-4456
      E-mail:   sritardi@cr-law.net

is admitted to practice *pro hac vice* as counsel for The Armored Group, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:   November __, 2007
           New York, New York

                                                               _____
                                                                U.S. District Judge Loretta A. Preska

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ARMORED GROUP, LLC,<br><br>            Plaintiff,<br><br>-against-<br><br>HOMELAND SECURITY STRATEGIES, INC.,<br>SECURITY INTELLIGENCE TECHNOLOGIES, INC.,<br>BEN JAMIL, and CHRIS R. DECKER,<br><br>            Defendants. | 07 Civ. 9694 (LAP)<br><br>**AFFIDAVIT OF SERVICE BY<br>FIRST CLASS MAIL** |

STATE OF NEW YORK    )
                                 ss:
COUNTY OF NEW YORK  )

       Fredda R. Tourin, being duly sworn, deposes and says:

       1.    I am over the age of eighteen. I am employed by Davis & Gilbert, 1740 Broadway, New York, New York 10019 and I am not a party to this action.

       2.    On November 27, 2007, I served upon counsel of record a true copy of **MOTION TO ADMIT COUNSEL *PRO HAC VICE***, by First Class Mail, by depositing a true copy of the attached papers, enclosed and properly sealed in postpaid envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

                        Daniel M. Felber, Esq.
                        Samuel D. Friedlander, Esq.
                        202 Mamaroneck Avenue
                        White Plains, NY 10601

                                        */s/ Fredda R. Tourin*
                                        Fredda R. Tourin

Sworn to me before me this
28th day of November, 2007.

*/s/ Lynn M. Little*
Notary Public

LYNN M. LITTLE
Notary Public, State of New York
No. 01L-16043500
Qualified in Kings County
Commission Expires June 19, 2010
Certification File in NY County