UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ARMORED GROUP, LLC ) Case No.: **07 CIV 9694**
)
Plaintiff )
v. )
)
HOMELAND SECURITY STRATEGIES, INC., et al., )
)
Defendants )

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Rockland    ss:

I, David A. Bacharach, being duly sworn, deposes and says; deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **NOVEMBER 05, 2007** at **1:07 PM** at **145 HUGUENOT STREET, SUITE 310, NEW ROCHELLE, NEW YORK 10801** deponent served the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT** on **CHRIS R. DECKER** defendant therein named.

SUITABLE AGE PERSON: By delivering thereat a true copy of each to **TINA PAM (Co-Worker)** a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: **Female**   Skin: **Yellow**   Hair: **Brown**   Age: **21-35 Yrs.**   Height: **5'4"-5'8"**   Weight: **100-130 Lbs.**

Within 20 Days of such delivery or affixing, deponent completed service by enclosing a copy of same in a FIRST CLASS postpaid envelope, properly addressed to defendant at defendant's actual place of business, at 145 HUGUENOT STREET, SUITE 310, NEW ROCHELLE, NEW YORK 10801 and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within NEW YORK State. The envelope bore the legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

MILITARY SERVICE: Upon information and belief the individual served is not in the military service of the State of New York or the United States as that term is defined in either the State or in the Federal statutes.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

David A. Bacharach    Lic. #.:1095841

Subscribed and sworn to before me, a notary public, on this _____ day of _NOVEMBER_, 2007.

Notary Public

ALICIA C RAIMONDI
Notary Public - State of New York
NO. 01RA6160026
Qualified in Rockland County
My Commission Expires 1/29/11