UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE ARMORED GROUP, LLC<br><br>                    Plaintiff<br>v.<br><br>HOMELAND SECURITY STRATEGIES, INC., et al.,<br><br>                    Defendants | ) Case No.: **07 CIV 9694**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Rockland    ss:

I, David A. Bacharach, being duly sworn, deposes and says; deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **NOVEMBER 05, 2007** at **1:07 PM** at **145 HUGUENOT STREET, SUITE 310, NEW ROCHELLE, NEW YORK 10801** deponent served the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT** on **HOMELAND SECURITY STRATEGIES, INC.** defendant therein named.

CORPORATION: A Domestic corporation, by delivering thereat a true copy of each to **TINA PAM (Operations Manager)** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be **MANAGING AGENT** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: **Female**   Skin: **Yellow**   Hair: **Brown**   Age: **21-35 Yrs.**   Height: **5'4"-5'8"**   Weight: **100-130 Lbs.**

MILITARY SERVICE: Upon information and belief the individual served is not in the military service of the State of New York or the United States as that term is defined in either the State or in the Federal statutes.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

David A. Bacharach    Lic. #.:1095841

Subscribed and sworn to before me, a notary public, on this ____6th____ day of ____NOVEMBER____, 2007.

_____
Notary Public

ALICIA C RAIMONDI
Notary Public - State of New York
NO. 01RA6160026
Qualified in Rockland County
My Commission Expires 1/29/11