```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ARMORED GROUP, LLC,

        Plaintiff,

-against-

HOMELAND SECURITY STRATEGIES, INC.,
SECURITY INTELLIGENCE TECHNOLOGIES, INC.,
BEN JAMIL, and CHRIS R. DECKER,

        Defendants.

07 Civ. 9694 (LAP)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

---

Upon the motion of Neal H. Klausner, attorney for The Armored Group, LLC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

Steven F. Ritardi, Esq.
Carmagnola & Ritardi, LLC
60 Washington Street
Morristown, New Jersey 07960
Telephone: (973) 267-4445
Fax:         (973) 267-4456
E-mail:     sritardi@cr-law.net

is admitted to practice *pro hac vice* as counsel for The Armored Group, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December 7, 2007
New York, New York

*/s/ Loretta A. Preska*
U.S. District Judge Loretta A. Preska