UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE ARMORED GROUP, LLC,

                Plaintiff,                              07 Civ. 9694 (LAP)

  -*against*-

                                                    **NOTICE OF MOTION TO**
HOMELAND SECURITY STRATEGIES, INC.,       **DISMISS PURSUANT TO**
SECURITY INTELLIGENCE TECHNOLOGIES,       **RULE 12(b)(6)**
INC. BEN JAMIL, and CHRIS DECKER,

                Defendants.

------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Civil Procedure 12(b)(6) the undersigned will move this Court at the United States Courthouse for the Southern District of New York, before the Honorable Loretta A. Preska, United States District Court Judge, Courtroom 12 A, at 500 Pearl Street New York, New York on the 28th day of January 2008 at 9:30 a.m., or as soon thereafter as counsel can be heard for an Order dismissing the Second, Third, Fourth, Sixth and Seventh Causes of Action, together with all claims for punitive damages and attorneys' fees, of the Complaint with respect to all Defendants herein, to wit: Homeland Security Strategies, Inc., Securities Intelligence Technologies, Inc., Ben Jamil and Chris Decker; and for such other and further relief as the Court deems just and proper.

Dated: White Plains, New York
       December 21, 2007

                                                  ANDREW GREENE & ASSOCIATES, P.C.
                              By:    /s/Thomas C. Landrigan
                                       Thomas C. Landrigan (TL 3116)
                                       Daniel M. Felber (DF 3027)
                                       Attorneys for Defendants
                                       202 Mamaroneck Avenue
                                       White Plains, New York 10602
                                       (914) 948-4800

TO: NEIL H. KLAUSNER, ESQ.
DAVIS & GILBERT, LLP
Attorneys for Plaintiffs
1740 Broadway
New York, New York 10019
(212) 468-4800