UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE ARMORED GROUP, LLC,

                Plaintiff,

HOMELAND SECURITY STRATEGIES, INC.,      07 CIVIL 9694    (LAP )
et al.    -against-


                Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Thomas C. Landrigan**

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☒   *Law Firm/Government Agency Association*

    From: **Greenwald Law Offices, P.C.**

    To: **Andrew Greene & Associates, P.C.**

    ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒   *Address:*   **202 Mamaroneck Avenue, White Plains, NY 10601**

☒   *Telephone Number:*   914-948-4800

☒   *Fax Number:*   914-948-4936

☒   *E-Mail Address:*   tl@laws.net

Dated: 12/26/07