Neal H. Klausner, Esq. (NK 0199)
Allie Lin, Esq. (AL 4067)
DAVIS & GILBERT LLP
Attorneys for Plaintiff
1740 Broadway
New York, New York 10019
(212) 468-4800
nklausner@dglaw.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ARMORED GROUP, LLC,

        Plaintiff,

-against-

HOMELAND SECURITY STRATEGIES, INC.,
SECURITY INTELLIGENCE TECHNOLOGIES,
INC., BEN JAMIL, and CHRIS R. DECKER,

        Defendants.

Index No. 07 Civ 09694 (LAP)(GWG)

ECF Case

STIPULATION AND [PROPOSED] ORDER

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties, that:

        1.    Plaintiff shall serve and file any memorandum of law in opposition to defendants' motion to dismiss on or before February 1, 2008.

        2.    Defendants shall serve and file any reply memorandum of law on or before February 15, 2008.

This stipulation may be executed in counterpart originals and facsimile signatures shall be deemed to be original signatures.

Dated: January 7, 2008

DAVIS & GILBERT LLP

By: _____
    Neal H. Klausner, Esq. (NK 0199)
    Allie Lin, Esq. (4067)
Attorneys for Plaintiff
1740 Broadway
New York, New York 10019
(212) 468-4800

Dated: January __, 2008

ANDREW GREENE & ASSOCIATES, P.C.

By: _____
    Thomas C. Landrigan (TL 3116)
    Daniel M. Felber, Esq. (DF 3027)
Attorneys for Defendants
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 948-4800

SO ORDERED.

_____ USDJ
The Honorable Loretta A. Preska

1-9-08

2