# DAVIS & GILBERT LLP

1740 BROADWAY

NEW YORK, NEW YORK 10019

(212) 468-4800

DIRECT DIAL NUMBER
212-468-4992
EMAIL ADDRESS
NKLAUSNER@DGLAW.COM

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE
(212) 974-6934



January 31, 2008

**VIA HAND DELIVERY**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:   *The Armored Group, LLC v. Homeland Security Strategies, Inc., et al.*,
      07 Civ. No. 9694 (LAP)(GWG)

Dear Judge Preska:

We represent plaintiff The Armored Group, LLC ("TAG") in the above-referenced action. Enclosed please find a courtesy copy of TAG's First Amended Complaint that we filed today pursuant to Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure. As Your Honor may be aware, Defendants filed a motion to dismiss the original complaint on December 21, 2007, and pursuant to the stipulation so ordered by Your Honor, TAG had until February 1, 2008 to submit opposition papers. TAG's filing of its First Amended Complaint, however, moots Defendants' pending motion to dismiss the original complaint.

*[Handwritten: Defendants' pending motion to dismiss [dkt. no. 10] is denied as moot.  SO ORDERED  Loretta A. Preska  UNITED STATES DISTRICT JUDGE  February 3, 2008]*

Respectfully submitted,

Neal H. Klausner

Enclosure
cc:   Thomas C. Landrigan, Esq. (Via Facsimile)
      Steven F. Ritardi, Esq., Carmagnola & Ritardi, L.L.C. (Via E-mail)