C.    On the third cause of action, judgment against Defendants in an amount to be determined at trial, but in any event, not less than $1.5 million;

D.    On the fourth cause of action, in the alternative, judgment against Defendants in an amount to be determined at trial, but in any event, not less than $450,000;

E.    On the fifth cause of action, in the alternative, judgment against Defendants in an amount to be determined at trial, but in any event, not less than $450,000;

F.    On the sixth cause of action, a declaratory judgment that if TAG is ever found liable to its Client by virtue of TAG's inability to complete its contract with its Client, it is entitled to complete indemnification from Defendants for the full amount of any judgment, plus interest and costs, and attorneys' fees;

G.    On the seventh cause of action, a declaratory judgment that HSS is the alter ego of both SIT and Jamil; that the corporate veil of HSS shall be pierced; and that SIT and Jamil are, therefore, liable to TAG for HSS's liability to TAG on all causes of action;

H.    On the second, third and fourth causes of action, an award of punitive damages, in an amount to be determined at trial;

I.    An award of pre-judgment and post-judgment interest on all amounts ordered, in an amount to be determined at trial;

19

J.    An award of Plaintiffs' full costs of suit and reasonable attorneys' fees; and

K.    Such other relief as this Court deems just and proper.


Dated:   January 31, 2008


DAVIS & GILBERT, LLP

By:_____
       Neal H. Klausner, Esq.
       Allie Lin, Esq.
1740 Broadway
New York, New York 10019
(212) 468-4800
nklausner@dglaw.com

-and-

CARMAGNOLA & RITARDI, L.L.C.
Steven F. Ritardi, Esq. (*pro hac vice*)
60 Washington Street
Morristown, New Jersey 07960
(973) 267-4445
sritardi@cr-law.net

20

# EXHIBIT - A

04/14/06  15:50 FAX 191465...11    19146548411
Homeland Security    @002



**BUSINESS CLASSIFIED**

BOMBJAMMER™ 

01/14/06  13:30 FAX 19146548411        19146548411
                                       Homeland Security                        ☑003



Ref: 2006-1-0134



# Homeland Security Strategies, Inc.

## SALES AGREEMENT

## FOR

## The Armored Group LLC
## April 10, 2006



Phone: +1-914-654-8700 • Fax: +1-914-654-1302

www.bombjammer.com

New York • Miami • London • Sofia



GSA# GS-07F-5678R
(CAGE) Code -3W9D9

**Disclaimers:**

-All descriptions of HSS products and systems are published for informative purposes only.

-All Bomb Jamming devices in part or whole are strictly regulated by the US Department of State in accordance with the guidelines in the International Traffic in Arms (ITAR) per title 22, Code of Federal Regulations (CFR) Parts 120-130. Therefore, if you are outside the United States, INCLUDING Canada, an export license must be obtained.

-All sales and shipping are subject to license approval by US Department of State.



Confidential

Copyright© 2005 Homeland Security Strategies, Inc. All rights reserved.  No part of this document may be reproduced or transmitted, in any form, or by any means, without permission in writing from HSS.

Page 2 of 8



04/14/08  15:51 FAX 1914654...11      19146548411
                                      Homeland Security

@003



*Ref: 2006-1-0134*

**This Agreement ("Agreement") made on April 10, 2006**

By and Between:

1. **Homeland Security Strategies, Inc.:** a company duly organized and existing under and by virtue of the laws of Delaware and having its registered offices at 145 Huguenot Street, Suite 310, New Rochelle, NY 10801 (referred to as "HSS"); and

2. **The Armored Group LLC** having an address of 3001 North Main Street, Cleburne, TX 76033, USA (referred to as "PURCHASER")

## WITNESSETH

WHEREAS HSS has a wide repertoire of surveillance, counter-terrorism, electronic jamming among other products and services.

AND WHEREAS PURCHASER is interested in purchasing products from HSS.

NOW THEREFORE in consideration of the various covenants, premises, and conditions set forth below the parties agree as follows:

# 1  Description of Purchased Items

PURCHASER agrees to purchase and HSS agrees to sell the following items per the quantities and prices specified in the attached Pro-Forma Invoice:

## 1.1   BombJammer™ VIP-300T – CUSTOMIZED Trunk Mounted Bomb Jammer

The customized BombJammer™ VIP-300T ("Jammers") is a Jamming System designed to defend against Remotely Controlled Improvised Explosive Devices (RCIEDs) that utilize a radio transmitter to initiate the detonation of the bomb. The BombJammer™ prevents the detonation of the explosive by interfering with the reception of the radio transmission that the bomber initiates to trigger the bomb. It does this by radiating a jamming signal that obliterates the desired command signal as perceived by the receiver in the RCIED.

Confidential

Copyright© 2005 Homeland Security Strategies, Inc. All rights reserved.  No part of this document may be reproduced or transmitted, in any form, or by any means, without permission in writing from HSS.

Page 3 of 8

