

Ref: 2006-1-0134

## SPECIFICATIONS

| JAMMING FREQUENCY RANGE | Band 1: 20-150 MHz<br>Band 2: 150-500 MHz<br>Band 3: 500-800 MHz<br>Band 4: 800-1000 MHz<br>Band 5: 1000-1400 MHz<br>Band 6: 1400-1800 MHz<br>Band 7: 1800-2000 MHz<br><br>Band 8: 2000-2400 MHz<br>Band 9: 2400-2500 MHz<br>Band 10: 2500-3500 MHz<br>Band 11: 3500-5000 MHz<br>Band 12: 5000-5400 MHz<br>Band 13: 5400-5700 MHz<br>Band 14: 5700-6060 MHz |
|---|---|
| INTERFERENCE TYPE | Fast Random Sweep |
| INTERFERENCE CATEGORY | Barrage |
| SYSTEM SIZE | Complete system fits inside the vehicle |
| OPERATION INDICATION POWER | > 880 Watts |
| POWER SUPPLY | 11-15 (+/-2) V DC |
| TEMPERATURE RANGE | -20 C to 55 C |
| OPERATION TIME | Unlimited with engine running |
| COMPONENTS | Jammer, omni-directional antennas, remote control, power supply and cables (included in every model), User's Manual. |



Note: Some Frequency modules may combined and/or divided to meet space requirements





Confidential
Copyright © 2005 Homeland Security Strategies, Inc. All rights reserved. No part of this document may be reproduced or transmitted, in any form, or by any means, without permission in writing entities.



Ref: 2006-1-0134

# CONFIGURATION

| Module No. | Freq. Range MHz | Power Output (W) | Antenna Type | Antenna Location |
|---|---|---|---|---|
| 1 | 20 – 150 | 100 | Proprietary Rod | Rear Bumper |
| 2 | 150 – 500 | 100 | Proprietary Rod | Rear Bumper |
| 3 | 500 – 800 | 75 | Blade | Inside Cover |
| 4 | 800 – 1000 | 75 | Blade | Inside Cover |
| 5 | 1000 – 1400 | 75 | Blade | Inside Cover |
| 6 | 1400 – 1800 | 75 | Blade | Inside Cover |
| 7 | 1800 – 2000 | 75 | Blade | Inside Cover |
| 8 | 2000 – 2400 | 15 | Blade | Inside Cover |
| 9 | 2400 – 2500 | 15 | Blade | Inside Cover |
| 10 | 2500 – 3500 | 15 | Blade | Inside Cover |
| 11 | 3500 – 5000 | 15 | Blade | Inside Cover |
| 12 | 5000 – 5400 | 15 | Blade | Inside Cover |
| 13 | 5400 – 5700 | 15 | Blade | Inside Cover |
| 14 | 5700 – 6000 | 15 | Blade | Inside Cover |

## 2.  Confidential Information

By virtue of this Agreement, the parties may have access to information that is confidential. The parties agree to hold each other's confidential information in confidence for a period of three years from the date of this Agreement.

These restrictions shall not apply to information which:

(a)    is in the public domain other than by breach of this Agreement;

(b)    was in the possession of the receiving party before disclosure;

(c)    is lawfully obtained from a third party who is free to disclose it; or

(d)    either party is obligated by law to disclose.

Copyright© 2006 Homeland Security Strategies, Inc. All rights reserved.  No part of this document may be reproduced or transmitted, in any form, or by any means, without permission in writing from HSS.



04/14/06  13:31 FAX 19146548411
19146548411
Homeland Security
@007



Ref: 2006-1-0134

## 3      Payment Terms

Purchaser shall pay as an advanced payment of $450,000 against the total order of $860,000 upon execution of this Sales Agreement. As conditions precedent to Purchaser's obligation to pay the remaining balance of $410,000 all the following events must occur; 1. installation of the four Jammers in Purchaser's vehicles in either Cleburne, TX or in Purchaser's installation facility in Long Island, NY; 2. Purchaser's client inspects and accepts the four Jammers; and, 3. Purchaser receives payment in full from Purchaser's client. The choice of location for installation shall be at Purchaser's discretion.

HSS's banking information is as follows:

Bank Details:

Name and address of Bank – Wachovia, 50 Main Street, White Plains, NY

Account Number – 2000013018171

ABA# 031201467

Swift Code – PNBPUS33

For the account of - Homeland Security Strategies, Inc.145 Huguenot Street,New Rochelle, NY 10801

Freight and installation costs including air fare and accommodations, will be paid to HSS via wire transfer upon presentation of invoice for related expenses to PURCHASER.

## 4   Installation and Training

HSS is ready to install the Jammers upon request. Purchaser has requested the Jammers be installed in either Cleburne, TX or Long Island, NY. HSS will install the first and train Purchaser on installation procedure. Purchaser will install the second, third and fourth Jammers.

## 5   Warranty

HSS warrants the purchased products to be free from defects in materials and workmanship under normal use as follows:

(a)     For a period of One Year (the Warranty Period), HSS will repair any factory defect free of charge at any authorized HSS service facility. After the Warranty Period, PURCHASER or subsequent purchasers must pay for all repair charges.

(b)     To obtain warranty service during the Warranty Period, PURCHASER or subsequent purchasers must deliver the defective product freight prepaid to any authorized HSS service facility

---

Confidential

Copyright© 2005 Homeland Security Strategies, Inc. All rights reserved. No part of this document may be reproduced or transmitted, in any form, or by any means, without permission in writing from HSS.



04/14/06  15:52 FAX 1914654  .11       19146548411
                                       Homeland Security                                    @008



Ref: 2006-1-0134

(c)     This warranty does not cover any damages caused by an accident, misuse, abuse or negligence.  This warranty is subject to the proper technical operation, maintenance and storage, in accordance with the supplied instructions.  The warranty does not cover raw materials and small spare parts, which are replaced during technical maintenance if necessary (gaskets, bolts, nuts, pins, lamps fuses, etc.).  This warranty shall be invalid if the product is subject to misuse or abuse, or if any repairs are attempted by anyone other than an authorized HSS factory service center technician.

(d)     This warranty is valid worldwide.

(e)     Warranty starts at the time of delivery.

(f)     This warranty is transferable during the Warranty Period to any subsequent purchasers.

# 6  Date for Completion and Delivery

HSS agrees to complete and deliver the four Jammers to Purchaser at a location specified by Purchaser on or before the 14th day of October, 2006.  Failure to deliver the Jammers on or before this date shall be a material breach of this Agreement and HSS shall immediately reimburse Purchaser any monies paid to HSS pursuant to this Agreement without demand.

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the first date written above.

On behalf of HSS                           On behalf of PURCHASER:

By: _____                      By: _____

Name: Chris R. Decker                      Name: _____

Title:  Chief Financial Officer            Title: _____

Confidential

Copyright© 2006 Homeland Security Strategies, Inc. All rights reserved.  No part of this document may be reproduced or transmitted, in any form, or by any means, without permission in writing from HSS.

03/11/06  15:52 FAX 191465...11          19146548411
                                         Homeland Security                                    ☑009



914                145 Huguenot street
654 8700           New Rochelle                    Ref: 2006-1-0134
                   NY      10801

# PRO-FORMA INVOICE

**Provided To:**                           Point of Contact:
**The Armored Group LLC**                  **Mr. Dennis Mark**
**Cleburne, TX**

| Date | Quotation # | Valid To | F.O.B. | Terms |
|---|---|---|---|---|
| 4/10/06 | 2006-1-0134 | April. 16, 2006 | Europe | Refer Item #3 |

| Qty | Description | Unit Price | Extended Price |
|---|---|---|---|
| 1 | BombJammer™ VIP-300T customized | $300,000 | $300,000.00 |
| 3 | BombJammer™ VIP-300T customized | $300,000 | $900,000.00 |
| | Qty Discount | | ($340,000.00) |
| | (Note: Discount offer valid to April 16, 2006) | | |
| | Local installation charges per trip: | | |
| | $11,000 installation charge for installation of first jammer + air fare, and accommodations | | |
| | + $2,000 for each additional unit HSS installs | | |
| | Training during installation - free | | |
| | Delivery of all units: Within six months of receipt of $450,000 advanced payment | | |

| Subtotal | $860,000.00 |
|---|---|
| Shipping | TBD |
| Total Amount Due | $860,000.00 |

**Banking Information**
**Bank name - Wachovia**
Bank address - 50 Main St., White Plains, NY
Bank ABA# 031201467 (for domestic transfers from U.S. banks only)
Bank Swift code# - PNBPUS33 (For international wires from foreign banks only)
For the account of:
Homeland Security Strategies, Inc.
Account # 20000 -13018171

Confidential

Copyright© 2005 Homeland Security Strategies, Inc. All rights reserved.  No part of this document may be reproduced or transmitted, in any form, or by any means, without permission in writing from HSS.

Page 8 of 8





# EXHIBIT - B

10KSB 1 v089492_10ksb.htm

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

FORM 10-KSB

☒     ANNUAL REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended June 30, 2007
OR

☐     TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

COMMISSION FILE NUMBER 000-31779

SECURITY INTELLIGENCE TECHNOLOGIES, INC.
Exact name of registrant as specified in its charter)

| | |
|---|---|
| Florida | 65-0928369 |
| (State or other jurisdiction of formation) | (IRS Employer Identification No.) |

145 Huguenot Street, New Rochelle, New York 10801
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code (914) 654-8700

(Former name or former address, if changes since last report)

Securities registered under Section 12(b) of the Exchange Act: None
Securities registered under Section 12(g) of the Exchange Act: Title of class: Common stock, par value $.0001 per share

Check whether the issuer (1) filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Check if there is no disclosure of delinquent filers in response to Item 405 of Regulation S-B contained in this form, and no disclosure will be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-KSB or any amendment to this Form 10-KSB. ☐

Indicate by check mark whether the registrant is a shell company (as defined in rule 12b-2 of the Exchange Act. Yes ☐ No ☒.

The Registrant's revenues for the fiscal year ended June 30, 2007 were $1,834,930.

The aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was sold, or the average bid and asked price of such common equity, was $533,072 at September 27, 2007.

The number of shares of common stock $.0001 par value, of the Registrant issued and outstanding as of September 27, 2007 was 93,584,668.

2

DOCUMENTS INCORPORATED BY REFERENCE

None

3

TABLE OF CONTENTS

| | Page Number |
|---|---|
| Part I | 5 |
| Description of Business | 5 |
| Description of Properties | 17 |
| Legal Proceedings | 17 |
| Submission Of Matters To A Vote Of Security Holders | 18 |
| Part II | 19 |
| Market For Registrant's Common Equity And Related Stockholder Matters | 19 |
| Management's Discussion And Analysis Of Financial Condition And Results Of Operations | 20 |
| Financial Statements And Supplementary Data | 25 |
| Changes In And Disagreement With Accountants On Accounting And Financial Disclosure | 25 |
| Controls And Procedures | 25 |
| Other Information | 26 |
| Part III | |
| Directors, Executive Officers, Promoters and Control Persons; Compliance with Section 16 (a) of the Exchange Act of the Registrant | 26 |
| Executive Compensation | 28 |
| Security Ownership of Certain Beneficial Owners And Management | 31 |
| Certain Relationships and Related Transactions | 32 |