*The issuance of shares through our stock compensation and incentive plans may dilute the value of existing stockholders.*

We anticipate using stock options, stock grants and other equity-based incentives, to provide motivation and compensation to our officers, employees and key independent consultants. The award of any such incentives will result in an immediate and potentially substantial dilution to our existing stockholders and could result in a decline in the value of our stock price.

*Shares may be issued pursuant to our stock plans which may affect the market price of our common stock.*

We may issue stock upon the exercise of options or pursuant to stock grants covering a total of 9,613,083 shares of common stock pursuant to our stock incentive plans, including options to purchase 7,828,500 shares which were outstanding on June 30, 2007. In addition we have granted options to purchase an additional 36,000,000 shares to our senior executive officers. The exercise of these options and the sale of the underlying shares of common stock and the sale of stock issued pursuant to stock grants may have an adverse effect upon the price of our stock.

*A third party may claim ownership of stock held by our chief executive officer.*

In connection with an agreement between Mr. Ben Jamil and two financial consultants entered into prior to the April 2002 reverse acquisition of CCS into us, the consultants or their designees were to purchase a 30% interest in five of our former subsidiaries, and that 30% was to have been exchanged for 1,500,000 shares of our series B preferred stock. Mr. Jamil advised the consultants and their designees that, as a result of their failure to pay the consideration for the shares, the agreement is terminated and they have no interest in the series B preferred stock or the stock in the five subsidiaries. It is possible that the consultants or their designees may claim that they own the series B preferred stock and we can give no assurance that their claim will not be upheld.

*Control by the chairman of our board of directors might limit independent, public stockholder influence over us and prevent a third party from acquiring us even if an acquisition is in the best interest of our stockholders.*

As of June 30, 2007, Ben Jamil, our chairman of the board and chief executive officer, beneficially owns 50.9% of our common stock and, as a result of preferred stock ownership, holds 76.8% of our voting rights, and he exercises control over our operations and, at a meeting of stockholders, he may be able to elect all of the members of our board of directors and approve any matter requiring stockholder approval including an amendment to our certificate of incorporation to increase our authorized preferred and common stock.

*Because we are not subject to compliance with rules requiring the adoption of certain corporate governance measures, our stockholders have limited protections against interested director transactions, conflicts of interest and similar matters.*

The Sarbanes-Oxley Act of 2002, as well as rule changes proposed and enacted by the SEC, the New York and American Stock Exchanges and the Nasdaq Stock Market as a result of Sarbanes-Oxley requires the implementation of various measures relating to corporate governance. These measures are designed to enhance the integrity of corporate management and the securities markets and apply to securities which are listed on those exchanges or the Nasdaq Stock Market. Because we are not presently required to comply with many of the corporate governance provisions and because we chose to avoid incurring the substantial additional costs associated with such compliance any sooner than necessary, we have not yet adopted all of these measures. Because none of our directors are independent directors, we do not have independent audit or compensation committees. We also are not in compliance with requirements relating to the distribution of annual and interim reports, the holding of stockholders meetings and solicitation of proxies for such meeting and requirements for stockholder approval for certain corporate actions. Until we comply with such corporate governance measures, regardless of whether such compliance is required, the absence of such standards of corporate governance may leave our stockholders without protections against interested director transactions, conflicts of interest and similar matters and investors may be reluctant to provide us with funds necessary to expand our operations.

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

SECURITY INTELLIGENCE TECHNOLOGIES, INC.

Dated: October 5, 2007

By: /s/ Ben Jamil

Ben Jamil
Chairman of the Board of Directors,
President and Chief Executive Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the report has been signed by the following persons on behalf of the Registrant and in the capacities and on the dates indicated. Each person whose signature appears below hereby authorizes Ben Jamil and Chris R. Decker or either of them acting in the absence of the others, as his true and lawful attorney-in-fact and agent, with full power of substitution and re-substitution for him and in his name, place and stead, in any and all capacities to sign any and all amendments to this report, and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission.

| Signature | Title | Date |
|---|---|---|
| /s/ Ben Jamil<br>Ben Jamil | Chairman of the Board, President<br>Chief executive officer and Director<br>(Principal Executive Officer) | October 5, 2007 |
| /s/ Chris R. Decker<br>Chris R. Decker | Chief financial officer and Director<br>(Principal Financial and Accounting Officer) | October 5, 2007 |
| /s/ Tom Felice<br>Tom Felice | Director | October 5, 2007 |
| /s/ Sylvain Naar<br>Sylvain Naar | Director | October 5, 2007 |

35

# EXHIBIT C

# Security Intelligence Technologies
SECURITY & INTELLIGENCE TECHNOLOGY

| Home | Whats New | Requests for Quote | About SITG | Login |

PERSONAL
CORPORATE
GOVERNMENT
LAW ENFORCEMENT

## Homeland Security Strategies: Security & Intelligence Solutions



**January – February 2008 New Product Update**

**Cellular Jammers: Solutions for Hostage Crises Management & Security Control**

Controlling the flow of information by limiting Cellular Phone Communication during

- Bank Robberies
- Hostage Negotiation
- Airport Security Control
- Government Offices
- Court House Security

**Search by Keyword...**

Search: [   ] GO

**Industry Catalogs..**

- Government Security Catalog
- Law Enforcement Catalog
- Authorized Distributors Catalog
- Commercial/Corporate Catalog

**Product Categories...**

- Armor & Personal Security
- Audio Surveillance
- Bomb Jammer
- Bug Detection/Electronic Counter Measures ECM
- Contraband Detection / EOD
- Defeat & Jamming Systems
- Encryption & Voice Privacy
- Tap Detection & Phone Security
- Tracking / Recovery
- Voice Stress Analysis

Homeland Security Strategies provides security, surveillance, and electronic countermeasures to

law enforcement and government agencies. In addition, HSS also provides privacy and safety technology to corporate and public sectors.

## Portable Counter Terrorist Demonstration & Training Center



Designed for HSS Partners to make professional presentations and demonstrations to Military and Government users, the Training and Demonstration Center consists of working samples and interactive CD / DVD presentations to give clients a complete overview.

The Training Demonstration Center is now available to qualified parties. For more information, go here: **Demo Training Center**

The following links are provided for you to browse our industry websites, their products, and their services:



http://www.bombjammer.com: IED Jammer or Bomb Jammer technology used to counter Remote Controlled Improvised Explosive Devices or an RCIED.

 http://www.cellularintercept.com: Cellular Intercept or Cellular Monitoring Technology for lawful intercept of cellular phone calls.

 http://www.gcomtech.com: Surveillance Transmitters, Cellular Monitoring Systems, and other conversation capturing tools for Law Enforcement COMINT

 http://www.digitalvoicelogger.com: information on Digital Voice Logger Technology used to record phone calls, archive voice and data communications

**HSS'** research, design, and engineering teams are dedicated to delivering innovative, trusted solutions. HSS Clients include everyone from Governments and Law Enforcement agencies to civilian and corporate security sectors.

Referred to in the industry as the "single source" for the widest range of security and surveillance equipment, consulting, and training, **Homeland Security Strategies** consist of seasoned professionals with decades of expertise.

## Security and Intelligence Products

Homeland Security Strategies is a leading manufacturer and acknowledged industry authority in the security and surveillance industry. With forty years experience, Homeland Security Strategies has consistently developed solutions which have become "standards" of the surveillance, counter-surveillance, privacy, and safety industries.

Serving sectors ranging from personal and corporate security and surveillance through Government, Law Enforcement and the Military, HSS products represent leading solutions to detect, pinpoint, investigate and defeat multiple threats in today's unstable environments.

### Security Technology & Services



Homeland Security Strategies can fortify Law enforcement Agencies and their respective vendors with the tools and knowledge needed to manage unstable situations where control through technology is necessary.

To Learn about **HSS Services, Click Here**

### Security Seminars & Training Workshops



Homeland Security Professionals conduct informative presentations on security, surveillance, countermeasures, and defense technologies. Seminars are geared toward government and law enforcement defense sectors, diplomatic personnel and diplomatic security forces, VIP Security and VIP security representatives, law enforcement agency consultants, as well as

Authorized Resellers and Authorized Vendors to governments and law enforcement agencies.

To learn more about **HSS Seminars, Click Here**

| Wholesale/Reseller | © 2005 Security Intelligence Technologies Group. All Rights Reserved. |

**\*THE DESCRIPTIONS OF OUR PRODUCTS ARE FOR INFORMATIVE PURPOSES ONLY.\***

All Bomb Jamming devices in part or whole are strictly regulated by the US Department of State in accordance with the guidelines in the International Traffic in Arms (ITAR) per title 22, Code of Federal Regulations (CFR), Parts 120-130 . Therefore, if you are outside the United States, INCLUDING Canada, an export license must be obtained All sales and shipping are subject to license approval by US Department of State

This website is intended only as a proprietary notice and does not constitute and offer to sell surreptitious intercept devices. Such an offer to sell can only be made by an official Home Land Security Strategies Inc. proforma invoice signed by an authorized agent of HSS under the constructure of the US code Title 18 Section 2512. Available to authorized agencies only

# EXHIBIT - D

# SECURITY INTELLIGENCE TECHNOLOGIES
SECURITY & INTELLIGENCE TECHNOLOGY

PERSONAL | CORPORATE | GOVERNMENT | LAW ENFORCEMENT

| Home | Whats New | Requests for Quote | About SITG | Login |

**Search by Keyword...**

Search: [      ] GO!

**Industry Catalogs...**
- Government Security Catalog
- Law Enforcement Catalog
- Authorized Distributors Catalog
- Commercial/Corporate Catalog

**Product Categories...**
- Armor & Personal Security
- Audio Surveillance
- Bomb Jammer
- Bug Detection/Electronic Counter Measures ECM
- Contraband Detection / EOD
- Defeat & Jamming Systems
- Encryption & Voice Privacy
- Tap Detection & Phone Security
- Tracking / Recovery
- Voice Stress Analysis

## About the Company

**Homeland Security Strategies, Inc.,** "HSS" services Governments, Law Enforcement Agencies, and their respective vendors with high tech solutions for the defense, safety, and surveillance industries as well as consumer level Security. Since the 1960's, products from the HSS group of companies have made an impact globally by solving security issues in personal, corporate, and law enforcment sectors.

HSS clients range from Government Defense Agencies and Law Enforcement Agencies to Corporate and Civilian end users.

HSS Research & Development Laboratories, SecuritySource™, as well as strategic partners provide custom solutions to meet the Security and Surveillance needs of Government / Law Enforcement Agencies as well as HSS partners.

HSS offers high tech products and systems to be used by Authorized Users Only. HSS also offers sensitive products and systems to be resold to Authorized Users Only.

These sensitive technologies consist of Surveillance Systems, IED Jammer equipment such as the **Bomb Jammer**™, **Cellular Monitoring** technology, **Digital Voice Logger** technology, and other high level security technologies to be used by Law Enforcement and Government Agencies Only.

**About HSS Services, HSS Seminars, the HSS Trade Show Calendar, HSS Job Opportunities**

To Learn about **HSS Services, Click Here**