UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ARMORED GROUP, LLC,

      Plaintiff,

 -*against*-

HOMELAND SECURITY STRATEGIES, INC.,
SECURITY INTELLIGENCE TECHNOLOGIES,
INC. BEN JAMIL, and CHRIS DECKER,

      Defendants.

------------------------------------------------------------------X

07 Civ. 9694 (LAP)

**DEFENDANTS' NOTICE OF SECOND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

  **PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Civil Procedure 12(b)(6) the undersigned will move this Court at the United States Courthouse for the Southern District of New York, before the Honorable Loretta A. Preska, United States District Court Judge, Courtroom 12 A, at 500 Pearl Street New York, New York on the 24th day of March 2008 at 9:30 a.m., or as soon thereafter as counsel can be heard for an Order dismissing the Second, Third, Fourth, Sixth and Seventh Causes of Action, together with all claims for punitive damages and attorneys' fees, of the First Amended Complaint with respect to all Defendants herein, to wit: Homeland Security Strategies, Inc., Securities Intelligence Technologies, Inc., Ben Jamil and Chris Decker; and for such other and further relief as the Court deems just and proper.

Dated: White Plains, New York
   February 25, 2008

           ANDREW GREENE & ASSOCIATES, P.C.
      By: /s/Thomas C. Landrigan
         Thomas C. Landrigan (TL 3116)
         Daniel M. Felber (DF 3027)
         Attorneys for Defendants
         202 Mamaroneck Avenue
         White Plains, New York 10602
         (914) 948-4800

TO: NEIL H. KLAUSNER, ESQ.
DAVIS & GILBERT, LLP
Attorneys for Plaintiffs
1740 Broadway
New York, New York 10019
(212) 468-4800