Thomas C. Landrigan, Esq. (TL 3116)
ANDREW GREENE & ASSOCIATES, P.C.
Attorneys for Defendants
202 Mamaroneck Avenue
White Plains, NY 10601
(914) 948-4800
tl@aglaws.net

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ARMORED GROUP, LLC,

        Plaintiff,

-against-

HOMELAND SECURITY STRATEGIES, INC.,
SECURITY INTELLIGENCE TECHNOLOGIES,
INC., BEN JAMIL, and CHRIS R. DECKER,

        Defendants.

Index No. 07 Civ 09694 (LAP)(GWG)

ECF Case

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS AND (proposed) ORDER**

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties, as follows:

       1.    The time within which Defendants shall have to interpose an answer or otherwise move against the complaint is extended to and including February 25, 2008.

       2.    Defendants shall file and serve any motion to dismiss the First Amended Complaint on or before February 25, 2008.

       3.    Plaintiff shall file and serve opposition on or before March 14, 2008 and Defendants shall serve any Reply thereto on or before March 24, 2008.

This stipulation may be executed in counterpart originals and facsimile signatures shall be deemed to be original signatures.

Dated: February 21, 2008              Dated: February __, 2008

DAVIS & GILBERT LLP                   ANDREW GREENE & ASSOCIATES, P.C.

By: _____           By: _____
Neal H. Klausner, Esq. (NK 0199)      Thomas C. Landrigan (TL 3116)
Allie Lin, Esq. (AL 4067)             Daniel M. Felber, Esq. (DF 3027)
Attorneys for Plaintiff               Attorneys for Defendants
1740 Broadway                         202 Mamaroneck Avenue
New York, New York 10019              White Plains, New York 10601
(212) 468-4800                        (914) 948-4800

SO ORDERED.

_____
The Honorable Loretta A. Preska

February 28, 2008

2