# PRELIMINARY STATEMENT