UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE ARMORED GROUP, LLC,

        Plaintiff,

      v.

HOMELAND SECURITY STRATEGIES,
INC., SECURITY INTELLIGENCE
TECHNOLOGIES, INC., BEN JAMIL
and CHRIS DECKER,

        Defendants.
-----------------------------------------------------------X

07 CV 9694 (LAP)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

LORETTA A. PRESKA, United States District Judge:

    Counsel shall appear for a conference on June 16 at 4:00 p.m. In light of Mr. Landrigan's announced intention to move to withdraw as counsel for defendants, an officer of the corporate defendant shall appear at the June 16 conference unless new counsel files a notice of appearance.

SO ORDERED:

Dated: May 30, 2008

                                              *Loretta A. Preska*
                                          LORETTA A. PRESKA, U.S.D.J.

Armoredorder530